# VEZINA AND GATTUSO, L.L.C.

ROY J. D. GATTUSO
SEAN R. DAWSON†
J. MARC VEZINA*
KELLI MATHIEU KHALAF
SCOTT C. DUSANG
KELLY TANNER BLACKWELL

† LL.M. IN TAXATION
* ALSO LICENSED IN TEXAS and GEORGIA

401 WEYER STREET
P.O. BOX 461
GRETNA, LOUISIANA 70054
(504) 368-5223
FAX (504) 361-3624
www.vezinagattuso.com



February 2, 2012

**VIA FACSIMILE (504) 589-7744**
Honorable Sarah S. Vance
Judge, Section R
United States District Court
505 Poydras Street
New Orleans, LA 70130

    Re:    Dennis "Dan" Fontenot v. Our Lady of Holy Cross College
            USDC Civil Action No. 11-1375
            Our File No. 09-6516

Dear Judge Vance:

    This letter is to advise that the above referenced matter has been settled. All parties have reached an amicable resolution and wish to dismiss this matter with prejudice. A Joint Motion to Dismiss is being prepared and will be filed shortly.

    With kind regards, I remain

                            Yours very truly,

                            J. Marc Vezina
                            Kelly Tanner Blackwell

JMV/dh

___Fee _____
___Process _____
X   Dktd _____
___CtRmDep _____
___Doc. No. _____